552 A.2d 1036

**Betty BURKETT, Petitioner,**

v.

**ALLSTATE INSURANCE COMPANY.**

Supreme Court of Pennsylvania.

July 29, 1988.

## ORDER

PER CURIAM.

The Petition for allowance of appeal is granted. The order of Superior Court is vacated, and the order of the Court of Common Pleas of Philadelphia County denying the petition to open judgment is reinstated.